No. 83–2054. WINSLOW ET UX. *v.* WILLIAMS ET AL. Ct. App. Colo. Certiorari denied.

No. 83–2058. SMALLWOOD *v.* UNITED AIR LINES, INC. C. A. 4th Cir. Certiorari denied.

No. 83–2059. KISIELOWSKI ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–2061. DRAVO MECHLING, INC., ET AL. *v.* COMBI LINES ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–2063. FENNELL *v.* WARNER LAMBERT CO. C. A. 2d Cir. Certiorari denied.

No. 83–2066. REINHOLD ET AL. *v.* FEE FEE TRUNK SEWER, INC., ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 83–2069. CALIFORNIA ASSOCIATION OF THE PHYSICALLY HANDICAPPED, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–2070. FIRST LEASING CORP. *v.* BROTHERS. C. A. 9th Cir. Certiorari denied.

No. 83–2071. NEW JERSEY ET AL. *v.* SINGER ET AL. Sup. Ct. N. J. Certiorari denied.

No. 83–2072. LISINSKI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–2077. DIXON *v.* SCOTT ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–2078. ILLINOIS CENTRAL GULF RAILROAD CO. *v.* AIR PRODUCTS & CHEMICALS, INC. C. A. 5th Cir. Certiorari denied.

No. 83–2079. SLY *v.* FEDERAL TRADE COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 83–2080. GIULIANI *v.* HAWAII ET AL. C. A. 9th Cir. Certiorari denied.